1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   JOSHUA LAMBERT,

9                              Plaintiff,          Case No. C22-5470-RAJ-SKV

10          v.

11   MIRIAM KASTLE, *et al*.,                     ORDER GRANTING PLAINTIFF'S
                                                  MOTIONS FOR EXTENSION OF TIME
12                              Defendants.        TO RESPOND TO DEFENDANTS'
                                                  SUMMARY JUDGMENT MOTION
13

14          This is a civil rights action filed under 42 U.S.C. § 1983.  Currently pending before the

15   Court are Defendants' motion for summary judgment (Dkt. 22), Plaintiff's two motions for an

16   extension of time to file a response to Defendants' summary judgment motion (Dkts. 29, 30), and

17   Plaintiff's motion to amend his previously filed response (Dkt. 34) which he identified as a

18   "tentative" response at the time of filing (*see* Dkt. 33).  Plaintiff also recently submitted a

19   document which he identifies as a motion for voluntary dismissal of certain counts of his

20   complaint without prejudice.  Dkt. 38.

21          Plaintiff argues in support of his motions for extension of time that he requires additional

22   time to file his response because he has not received documents requested in discovery, he has

23   not had access to his legal property over the past couple of months because of housing moves

ORDER GRANTING PLAINTIFF'S MOTIONS
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' SUMMARY JUDGMENT MOTION - 1

within his facility, he needs to conduct legal research on the issues raised by Defendants in their

motion, and he has severe mental illness that can sometimes interfere with his ability to research

and prepare his briefs.[1]  *See* Dkts. 29, 30.  Plaintiff also appears to indicate that he requires

additional time to conduct new discovery.  *See id*.  Plaintiff requests in his motions that he be

granted an additional 90 days to respond to Defendants' summary judgment motion.  Plaintiff

argues in his motion to amend his response that he needs to re-write his previously submitted

brief for the reasons argued in his motions for extension of time.  Dkt. 34.  Plaintiff indicates that

his original brief was incomplete, but because the Court had not yet ruled on his motions for

extension of time at the time the brief was due, he "wrote what [he] could at the time."  *Id*.

Defendants have filed a response to Plaintiff's requests for an extension of time in which

they indicate that they do not object to extending the deadline for Plaintiff to file a response to

their motion for summary judgment.  Dkt. 35.  Defendants also note in their response that they

sent Plaintiff a document tracking log over three months ago listing documents collected in

response to his previous discovery requests, and offered to provide him copies of up to 100

documents free of charge, but Plaintiff has not identified which documents he wants nor has he

corresponded with Defendants with respect to any other matter since May 15, 2023.  *See* Dkt. 36,

¶ 3; Dkt. 37, ¶ 3.

The Court concludes that Plaintiff has shown good cause for an extension of the deadline

to file his response to Defendants' summary judgment motion and will grant Plaintiff the

requested 90 days given the absence of any objection from Defendants.  During this period of

---

[1] Plaintiff also indicates that he needs the original and amended complaints submitted in this action in order to respond to Defendants' motion, but he has been unable to locate those documents in his property. *See* Dkt. 30.  A review of the docket in this matter reflects that the Clerk of Court provided Plaintiff copies of the documents on August 4, 2023.

ORDER GRANTING PLAINTIFF'S MOTIONS
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' SUMMARY JUDGMENT MOTION - 2

time, Plaintiff may request that Defendants produce documents gathered in response to his prior

discovery requests, even though the discovery period has now passed.  However, Plaintiff may

not, at this juncture, initiate any new discovery.  Given that the Court has determined it is

appropriate to grant Plaintiff's requested extension of time, the Court will also allow Plaintiff to

file an amended response to replace the "tentative" response he previously filed.  Plaintiff is

advised that any amended response will be deemed a complete substitute for his original

response, and he should therefore include in his amended brief every argument he wishes to

present in opposition to Defendants' summary judgment motion.

Based on the foregoing, the Court hereby ORDERS as follows:

(1)     Plaintiff's motions for an extension of time to file a response to Defendants'

motion for summary judgment (Dkts. 29, 30) are GRANTED.  Plaintiff's motion to amend his

previously filed response (Dkt. 34) is also GRANTED.  Plaintiff is directed to file his amended

response not later than ***November 13, 2023***.

(2)     Defendants' motion for summary judgment (Dkt. 22) is RE-NOTED for

consideration on ***November 17, 2023***.  Defendants must file any reply brief in support of their

motion by that date.

(3)     Plaintiff's motion for voluntary dismissal of certain counts of his complaint

without prejudice (Dkt. 38) is STRICKEN.  Plaintiff may include this request, and any argument

he wishes to include in support of this request, in his amended response to Defendants' motion

for summary judgment.

//

//

//

ORDER GRANTING PLAINTIFF'S MOTIONS
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' SUMMARY JUDGMENT MOTION - 3

(4)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Richard A. Jones.

DATED this 22nd day of August, 2023.


S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTIONS
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' SUMMARY JUDGMENT MOTION - 4