UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA LAMBERT,<br><br>                    Plaintiff,<br><br>    v.<br><br>MIRIAM KASTLE, *et al*.,<br><br>                    Defendants. | Case No. C22-5470-RAJ-SKV<br><br>ORDER GRANTING DEFENDANTS LEAVE TO FILE AN AMENDED REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT |

This is a civil rights action filed under 42 U.S.C. § 1983. On July 13, 2023, Defendants filed a motion for summary judgment that was originally noted on the Court's calendar for consideration on August 11, 2023. Dkt. 22. Plaintiff was thereafter granted a lengthy extension of time to file a response to Defendants' motion, and Defendants' motion was re-noted for consideration on November 17, 2023. *See* Dkts. 29, 30, 39. Plaintiff was specifically advised in the Court's Order granting his requested extension that his response was due not later than November 13, 2023. Dkt. 39 at 3.

On November 13, 2023, the Court received from Plaintiff what appear to be exhibits supporting his response to Defendants' summary judgment motion, but no actual brief containing argument and analysis. *See* Dkt. 42. On November 17, 2023, Defendants filed a reply brief in

support of their summary judgment motion addressing arguments raised by Plaintiff in a previously filed "tentative" response. *See* Dkts. 33, 43, 46 at 2. On November 21, 2023, the Court received from Plaintiff his amended response to Defendants' summary judgment motion. Dkt. 44. Plaintiff indicated therein that he had submitted his response to prison staff for mailing on November 13, 2023, in accordance with protocols in place for his housing unit. *See id*. at 24.

On November 28, 2023, Plaintiff filed a motion in which he reiterates his claim that he timely submitted his responsive brief to prison authorities for filing on November 13, 2023, and he asks that the Court consider his amended response. Dkt. 45. Plaintiff also requests in his motion that Defendants' original reply brief be stricken and/or that they be allowed to submit a reply addressing his amended response. *See id*. On December 4, 2023, Defendants filed their own motion seeking leave to file an amended reply addressing Plaintiff's amended response. Dkt. 46. The Court deems it appropriate to grant Defendants an opportunity to file an amended reply brief in support of their summary judgment motion.

Based on the foregoing, the Court ORDERS as follows:

(1) The parties' respective motions requesting that Defendants be permitted an opportunity to file an amended reply addressing the arguments set forth in Plaintiff's amended response (Dkts. 45, 46) are GRANTED. Defendants are directed to file their amended reply not later than **December 8, 2023.**

(2) Defendants' motion for summary judgment (Dkt. 22) is RE-NOTED for consideration on **December 8, 2023**.

//

//

//

ORDER GRANTING DEFENDANTS LEAVE TO
FILE AN AMENDED REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT - 2

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Richard A. Jones.

DATED this 6th day of December, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING DEFENDANTS LEAVE TO
FILE AN AMENDED REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT - 3